Commonwealth *v.* Bauder et al., Appellants.

Argued September 8, 1958. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Harold E. Kohn,* with him *Morris Efron, George J. Joseph, Harry A. Kalish, William T. Coleman, Jr., Philip P. Kalodner,* and *Dilworth, Paxson, Kalish, Kohn & Dilks,* for appellants.

*Paul A. McGinley*, District Attorney, for appellee.

OPINION PER CURIAM, November 14, 1958:
The orders of the court below are affirmed on the opinion of President Judge HENNINGER as reported in 14 Pa. D. & C. 2d 571.

---

DISSENTING OPINION BY GUNTHER, J.:
Substantially for the reasons expressed in *Commonwealth v. Taber*, 188 Pa. Superior Ct. 415, 145 A. 2d 908, and for the admitted discrimination which I consider arbitrary and in violation of the equal protection clause of the federal Constitution, I dissent.
WATKINS, J., joins in this dissent.